**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

| | | |
|---|---|---|
| **U.S. BANCORP REPUBLIC COMMERCIAL FINANCE, INC., a Minnesota corporation,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Court File No. 00-2084 JRT/FLN** |
| **CHARLES H. BAKER, an individual,** | ) | |
| **Defendant.** | ) | |

**ORDER APPROVING**
**STIPULATION FOR EXTENSION OF TIME TO ANSWER**

Before the court is a stipulation filed by U.S. Bancorp Republic Commercial Finance, Inc., Plaintiff and Charles H. Baker, Defendant, stipulating to an extension of Defendant's time to Answer Plaintiff's Complaint or to respond thereto by Motion under Federal Rule of Civil Procedure 12(b) until October 30, 2000. Such stipulation is hereby **APPROVED** and it is **ORDERED** that Defendant shall have until **October 30, 2000** to Answer Plaintiff's Complaint or to respond thereto by Motion under Federal Rule of Civil Procedure 12(b).

Franklin L Noel
Hon. Franklin Noel
U.S. Magistrate

FILED SEP 29 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

KC01DOCS/502313.01