UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

| | | |
|---|---|---|
| U.S. BANCORP REPUBLIC COMMERCIAL FINANCE, INC. a Minnesota corporation, | ) | |
| Plaintiff, | ) | Civil: 00-2084 JRT/FLN |
| v. | ) | |
| | ) | **STIPULATION AND ORDER** |
| CHARLES H. BAKER, an individual, | ) | |
| Defendant. | ) | |

WHEREAS, U.S. Bancorp Republic Commercial Finance, Inc. ("U.S. Bancorp") commenced this action on September 7, 2000, to enforce the Guaranty of defendant Charles H. Baker.

WHEREAS, Mark G. Stingley and Bryan Cave LLP appeared on behalf of Mr. Baker and served an Answer on or about October 27, 2000.

WHEREAS, following the submission of a joint Rule 26(f) report, this Court entered a Pretrial Schedule on December 21, 2001, setting certain deadlines, including: a discovery deadline of August 1, 2001; a dispositive motion deadline of October 1, 2001; and a ready for trial date of December 1, 2001.

WHEREAS, on June 19, 2001, U.S. Bancorp noticed the deposition of Mr. Baker for July 19, 2001.

FILED 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

WHEREAS, on June 21, 2001, U.S. Bancorp received the motion of Bryan Cave LLP to withdraw as counsel for Mr. Baker. Mr. Baker's existing local counsel was unable to assume the principal responsibility of defending Mr. Baker and Mr. Baker was forced to locate new counsel. As a result, Mr. Baker did not appear for a deposition on July 19, 2001.

WHEREAS, as of August 1, 2001, U.S. Bancorp filed a motion to compel the deposition of Mr. Baker. As of that date, Mr. Baker still had not retained local counsel, although it appeared likely that Jan Stuurmans would take on the representation.

WHEREAS, through subsequent discussions with Mr. Stuurmans, U.S. Bancorp learned that, if compelled to appear for a deposition, Mr. Baker would likely refuse to answer most questions and assert his Fifth Amendment privilege. Accordingly, U.S. Bancorp agreed to dismiss the motion to compel provided Mr. Baker agreed to enter into a written stipulation that he would assert his Fifth Amendment.

WHEREAS, with that written stipulation, U.S. Bancorp is now in a position to move for summary judgment, but cannot file a motion by the October 1, 2001 deadline.

Accordingly, IT IS HEREBY STIPULATED AND AGREED that:

1. the deadline for filing dispositive motions may be extended to January 3, 2002;

2. the ready for trial date is extended to March 4, 2002.

Dated: October 30, 2001

JAN STUURMANS, P.A.

By ______________________
Jan Stuurmans
12 South Sixth Street, Suite 1008
Minneapolis, MN 55402
Telephone: (612) 336-4455

Attorneys for Defendant
Charles H. Baker

Dated: October 30, 2001

DORSEY & WHITNEY, LLP

By ______________________
Peter M. Lancaster (#159840)
Elizabeth Wright (#184111)
220 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 340-2600

Attorneys for Plaintiff
U.S. Bancorp Republic Commercial Finance

IT IS SO ORDERED

Dated: November 2, 2001

______________________
Franklin L. Noel
Chief United States Magistrate Judge