**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

| | | |
|---|---|---|
| **U.S. BANCORP REPUBLIC COMMERCIAL FINANCE, INC., a Minnesota corporation,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Court File No. 00-2084 JRT/FLN** |
| **CHARLES H. BAKER, an individual,** | ) | |
| **Defendant.** | ) | |

**ORDER ALLOWING BRYAN CAVE LLP TO WITHDRAW AS COUNSEL FOR DEFENDANT CHARLES H. BAKER**

Before the Court is the Motion of Mark G. Stingley, on behalf of the law firm of Bryan Cave LLP, 3500 One Kansas City Place, Kansas City, Missouri 64105-2100, to withdraw as counsel of record for Defendant Charles H. Baker. Jan Stuurmans, on behalf of the law offices of Jan Stuurmans, P.A., has entered his appearance on behalf of Defendant Baker. Thus, good cause shown, it is hereby ordered that Mark G. Stingley and the law firm of Bryan Cave LLP is withdrawn as counsel of record for Defendant in the above-referenced action.

SO ORDERED this 9th day of November 2001.

Franklin L. Noel
The Honorable Magistrate Judge Franklin L. Noel

FILED NOV 13 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

KC01DOCS/556586.01