**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

U.S. BANCORP REPUBLIC COMMERICAL FINANCE, INC.,

Plaintiff,

v.

CHARLES H. BAKER,

Defendant.

Civil No. 00-2084 (JRT/FLN)

**ORDER OF DISMISSAL**

---

Peter M. Lancaster, DORSEY & WHITNEY, 50 Sixth Street South, Suite 1500, Minneapolis, MN 55402, for plaintiff.

William Kampf, KAMPF & ASSOCIATES, 821 Marquette Avenue, Suite 901, Minneapolis, MN 55402, for defendant.

The Court having been advised that the above action has settled,

**IT IS HEREBY ORDERED** that this action is dismissed with prejudice, the Court retaining jurisdiction for forty-five days to permit any party to move or reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

DATED: Dec. 21, 2001
at Minneapolis, Minnesota.

JOHN R. TUNHEIM
United States District Judge

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK