UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

U.S. BANCORP REPUBLIC COMMERCIAL FINANCE, INC., a Minnesota corporation,

Plaintiff,

v.

CHARLES H. BAKER, an individual,

Defendant.

Civil File No. 00-2084 JRT/FLN

**ORDER FOR JUDGMENT**

Pursuant to the Stipulation for Entry of Judgment that has been executed by plaintiff U.S. Bancorp Republic Commercial Finance, Inc. and defendant Charles H. Baker, **IT IS HEREBY ORDERED** that judgment shall be entered against defendant and in favor of plaintiff in the amount of Six Million Dollars ($6,000,000.00).

Dated: Jan 30, 2002

John R. Tunheim
The Honorable John R. Tunheim
United States District Court Judge

**LET JUDGMENT BE ENTERED ACCORDINGLY**

**EXHIBIT B**

JAN 30 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD JAN 30 2002
DEPUTY CLERK